IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONNICA GARCIA,

    Plaintiff,

v.                                                                          No. 14-cv-1075 SMV/GBW

CCA OF TENNESSEE, LLC;
CCA HEALTH SERVICES, LLC;
TORRANCE COUNTY DETENTION FACILITY;
and JOHN DOES 1–10;

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    December 10, 2014, at 2:30 p.m., MST

**Matter to be heard**:  Sufficiency of factual allegations in the Notice of Removal [Doc. 1] to support diversity jurisdiction

A telephonic status conference is hereby set for **December 10, 2014, at 2:30 p.m., MST**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.