IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONNICA GARCIA, as Personal
Representative of the estate of
Anthony Mancini,

    Plaintiff,

vs.                                          Civ. No. 14-1075 KG/SCY

CCA OF TENNESSEE, LLC;
CCA HEALTH SERVICES, LLC;
CCA, INC.;
HOLLY KNAPP, R.N.;
JOHN POPE, R.N.;
KAREN KRIST-MILLSPAUGH, N.P.;
and JOHN DOES 1-7;

    Defendants.

## ORDER OF REMAND

This matter comes before the Court upon Plaintiff's Second Motion to Remand to the Second Judicial District Court of New Mexico (Second Motion to Remand), filed June 1, 2016. (Doc. 66).  Defendants responded on July 22, 2016, and Plaintiff replied on August 5, 2016. (Docs. 77 and 78).  The Court held a telephonic hearing on the Second Motion to Remand on October 20, 2016.  Paul M. Dominguez and Leon F. Howard, III represented Plaintiff at the hearing while Jacob B. Lee represented Defendants.  Having considered the Second Motion to Remand, the accompanying briefing, and the oral argument of counsel at the October 20, 2016, telephonic hearing, and for the reasons stated on the record at that hearing,

    IT IS ORDERED that

    1.  Plaintiff's Second Motion to Remand to the Second Judicial District Court of New Mexico (Doc. 66) is granted; and

2.  this lawsuit is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE